IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTHER POWERS<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CREDIT SERVICES, LLC<br><br>Defendants. | RECEIVED APR 11 2016 AT 8:30___M WILLIAM T. WALSH CLERK<br><br>Civil Action No. : 1:16-cv-1301 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO: The Clerk of Court:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Esther Powers, and Defendant, Central Credit Services, LLC, hereby stipulate to the dismissal of the above-styled case and all claims asserted therein, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Fred Davis
Davis Consumer Law Firm
Attorneys for Plaintiff
500 Office Ctr. Dr-Suite 400
Ft. Washington, PA 19034

/s/ Ross S. Enders
Sessions, Fishman, Nathan & Israel
Attorneys for Defendant
2303 Oxfordshire Road,
Furlong, PA 18925-1251

DATED: April 6, 2016